UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Nathan Paytas,

Plaintiff(s),

v.

Mathew Ishbia, et al.,

Defendant(s).
_______________________________________/

Case No. 26-13151

Honorable Robert J. White

Magistrate Judge David R. Grand

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

This case appears to be a companion case to Case No. 26-12862. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable Brandy R. McMillion and Magistrate Judge Anthony P. Patti.

s/Robert J. White
Robert J. White
United States District Judge

s/Brandy R. McMillion
Brandy R. McMillion
United States District Judge

---

Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
Case type: CIVIL

If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: October 7, 2026

s/ S Schoenherr
Deputy Clerk

cc: Parties and/or counsel of record
Honorable Brandy R. McMillion